FILED WITH THE
COURT SECURITY OFFICER
CSO: MXXX(5r
DATE: 5 / 2u / 09

████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMAR FARAJ,<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1490 (PLF) |

## ORDER

Following the status conference held by this Court on May 13, 2009, counsel for

Petitioner and for Respondents (the "Parties") met and conferred. In lieu of proceeding under the

Order entered by this Court on May 12, 2009, adopting the standard articulated in *Zuhair v.*

*Obama*, Civil Action No. 08-0864, the Parties have reached an agreement relating to the

production of discovery materials. Respondent, with respect to producing materials and briefing,

and Petitioner, with respect to briefing, are hereby ORDERED:

On or before July 13, 2009

~~Within forty-five days after the date of entry of this Order~~: Respondents will produce the

documents and other materials discussed below:

████████████

███████████

A.      From the consolidated assemblage of information from JIG and OARDEC,

Respondents will search for and produce: (1) statements in investigative and interrogation reports

of Petitioner ██████████████████████████████████

████████████ that relate to the allegations in Petitioner's Factual Return; (2)

interview transcripts and interrogator notes for Petitioner ██████████████ that

relate to allegations in Petitioner's Factual Return; and (3) interrogation logs or similar record or

any interrogation plan or similar record pertaining to Petitioner's statements which Respondents

rely on in the factual return.  Production of responsive information will be subject to clearance by

appropriate agencies.

B.      Respondents will search for and produce any reasonably available audio and video

recordings of Petitioner's interrogations that relate to allegations in Petitioner's Factual Return,

subject to clearance by appropriate agencies.

C.      Respondents will produce to Petitioner CMO Section I.E.1(3) circumstances

documents ███████████████████████ and will

conduct for ██████████ a reasonable search for information relating to the circumstances

of statements ██████████████ and relied on by Respondents in the Factual Return, all

subject to clearance by appropriate agencies.

D.      Respondents will search for and produce the thirty-one documents identified by

counsel for Petitioner in his e-mail to Respondent dated May 14, 2009, subject to clearance by

appropriate agencies.

███████████

███████████████

E.      Consistent with Respondents' continuing obligations under CMO Section I.D.2,

to the extent additional information relating to the reliability and credibility of Petitioner and

b(2) ██████████████████████ comes to Respondents' attention, that information will be produced

subject to clearance of documents by appropriate agencies.

With respect to the briefing schedule in this matter, Respondents will file a Motion for

on or before August 3, 2009

Judgment on the Record ~~within sixty-five days of entry of an Order by this Court~~; Petitioner will

file his Motion for Judgment on the Record and/or Opposition to Respondents' Motion ~~within~~

on or before August 28, 2009

~~twenty-five days of receipt of Respondents' Moti~~on; and Respondents will file any Reply to the

on or before September 14, 2009.

Motion for Judgment on the Record ~~within fifteen days of receipt of Petitioner's Motion.~~

The Status Conference scheduled for May 22, 2009 is cancelled.

This Court's Order of May 13, 2009 is vacated.

Dated: May 26, 2009

_____

UNITED STATES DISTRICT JUDGE

3

███████████████